S

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | CRIMINAL NO. 5:16-CR-32 |
| (1) RAMIRO BARAJAS, | VIOLATIONS: |
| (2) SHENNEN DORSEY, | 21 U.S.C. § 846 |
| (3) HAROLYN KENT, a/k/a "SISSY, | 21 U.S.C. § 841(a)(1) |
| (4) DAVID ASHLEY LANIER, | 21 U.S.C. § 841(b)(1)(A)(viii) |
| (5) KELLY MILNER, | 21 U.S.C. § 841(b)(1)(C) |
| (6) JEREMY MULLIS, a/k/a "BEAN," | 18 U.S.C. § 2 |
| (7) JOSHUA MULLIS, | |
| (8) BRITTANY NEWMAN, | |
| (9) JOSE ANGEL RIVERA, | |
| (10) JUVENTINO RODRIGUEZ, a/k/a "JUVE," | |
| (11) JOSE RAUL RODRIGUEZ, a/k/a "JR," | |
| (12) CECILIO RODRIGUEZ, a/k/a "MIGUEL," and | |
| (13) ROGELIO RODRIGUEZ, a/k/a ROGELIO RODRIGUEZ-CERDA, a/k/a "SERGIO," Defendants. | |

The Grand Jury charges:

## COUNT ONE
(Conspiracy to Possess with Intent to Distribute Methamphetamine)

That from on or about July 1, 2014, through on or about May 31, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

(1) RAMIRO BARAJAS,
(2) SHENNEN DORSEY,
(3) HAROLYN KENT, a/k/a "SISSY,"
(4) DAVID ASHLEY LANIER,
(5) KELLY MILNER,
(6) JEREMY MULLIS, a/k/a "BEAN,"
(7) JOSHUA MULLIS,
(8) BRITTANY NEWMAN,
(9) JOSE ANGEL RIVERA,
(10) JUVENTINO RODRIGUEZ, a/k/a "JUVE,"
(11) JOSE RAUL RODRIGUEZ, a/k/a/ "JR,"
(12) CECILIO RODRIGUEZ, a/k/a "MIGUEL," and
(13) ROGELIO RODRIGUEZ, a/k/a ROGELIO RODRIGUEZ-CERDA, a/k/a "SERGIO,"

did knowingly and intentionally combine, conspire, and agree together and with each other, and with others, both known and unknown to the Grand Jury, to knowingly possess with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine, in an amount in excess of 50 grams; all in violation of Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO
### (Possession with Intent to Distribute Methamphetamine)

That on or about August 18, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### (8) BRITTANY NEWMAN,

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
### (Possession with Intent to Distribute Methamphetamine)

That on or about August 21, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### (6) JEREMY MULLIS, a/k/a "BEAN,"

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
### (Distribution of Methamphetamine)

That on or about November 17, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**(5) KELLY MILNER,**

aided and abetted by,

**(11) JOSE RAUL RODRIGUEZ, a/k/a "JR,"**

and by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribution a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
### (Distribution of Methamphetamine)

That on or about December 29, 2015, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**(3) HAROLYN KENT, a/k/a "SISSY," and
(4) DAVID ASHLEY LANIER,**

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribution a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX
### (Distribution of Methamphetamine)

That on or about January 15, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**(4) DAVID ASHLEY LANIER,**

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribution a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (Distribution of Methamphetamine)

That on or about January 29, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### (3) HAROLYN KENT, a/k/a "SISSY," and
### (4) DAVID ASHLEY LANIER,

aided and abetted by each other and by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribution a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### (Distribution of Methamphetamine)

That on or about February 4, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### (4) DAVID ASHLEY LANIER,

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT NINE
### (Possession with Intent to Distribute Methamphetamine)

That on or about February 4, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**(3) HAROLYN KENT, a/k/a "SISSY,"**

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TEN
### (Possession with Intent to Distribute Methamphetamine)

That on or about February 4, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**(2) SHENNEN DORSEY,**

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: methamphetamine, in an amount in excess of 50 grams; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT ELEVEN
### (Distribution of Methamphetamine)

That on or about February 17, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**(2) SHENNEN DORSEY,**

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWELVE
### (Possession with Intent to Distribute Methamphetamine)

That on or about February 17, 2016, at a time different from that alleged in Count Eleven, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### (2) SHENNEN DORSEY,

aided and abetted by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: methamphetamine; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THIRTEEN
### (Possession with Intent to Distribute Methamphetamine)

That on or about February 19, 2016, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### (1) RAMIRO BARAJAS,
### (9) JOSE ANGEL RIVERA, and
### (12) CECILIO RODRIGUEZ, a/k/a "MIGUEL,"

aided and abetted by each other and by others, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: methamphetamine, in an amount in excess of 50 grams; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY
Presented by:

ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15th day of June, AD 2016.

Deputy Clerk